**Dismissed and Memorandum Opinion filed December 12, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00814-CV

---

## DAVID ALBARREZ, Appellant

### V.

## SHARLENE MERCIER D/B/A SHAMAR HOLDINGS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1035307**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed September 9, 2013. The notice of appeal was filed September 16, 2013. The clerk's record was due November 8, 2013, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

In addition, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment

of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On November 13, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). On November 14, 2013, this court ordered appellant to pay the appellate filing fee on or before November 26, 2013, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

Appellant has not provided this court with proof of payment for the record, paid the appellate filing fee, or filed any other response to this court's notice and order. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.